UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

## ATTORNEY'S OATH

STATE OF California )
                                               ) SS:
San Francisco COUNTY )

I, Megan Wachspress of San Francisco, California
                                                                                 City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and accordingly to law; and I will support the Constitution of the United States. So help me God.

                                                                               *Megan Wachspress*
                                                                               Signature of Attorney

Subscribed and sworn to before me this 27th day of August, 2019.

_____
Notary Public

SALLY MENDEZ AREVALO
Notary Public - California
San Francisco County
Commission # 2186520
My Comm. Expires Mar 13, 2021

Rev. 2/2000