# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLILCATION OF

DANIELLE LEONARD

TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING AFFIDAVIT

STATE OF NEW YORK )
                          )ss:
COUNTY OF ERIE )

CATHERINE CREIGHTON, ESQ., being duly sworn, deposes and says:

1. I reside at 47 Windsor Avenue, Buffalo New York 14209 and maintain an office for the practice of law at 1103 Delaware Avenue, Buffalo New York 14209.

2. I am an attorney at law, admitted to practice in the State of New York, Second Judicial Department, I was admitted to practice in the United States District Court for the Western District of New York on the 14th Day of December, 1994.

3. I have known the petitioner since we began working on this case together in the summer of 2019 and under the following circumstances: Danielle Leonard and I represent the same clients for purposes of this litigation, and the circumstances under which I know her are professional and in the context of this case. We are also members of the same professional organization of union-side lawyers, the Lawyers Coordinating Committee of the AFL-CIO.

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in the Court: Danielle Leonard is a partner and union-side litigator at a highly-regarded firm, Altshuler Berzon LLP. As reflected in her application, she is a long-standing member in good standing of the Bar of California and of the bars of many federal courts

around the County.  I have no hesitation at all in recommending her to be admitted to practice pro hac vice before this Court.

/s/ Catherine Creighton<br>Signature of Sponsoring Attorney

Sworn to before me this 4th day of September, 2019

/s/ Lynn R. Chilelli
Lynn R. Chilelli
Notary Public
State of New York Qualified in Erie County
My Commission Expires 9/5/2021