**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK**

IN THE MATTER OF THE APPLILCATION OF

MEGAN WACHSPRESS

TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING AFFIDAVIT

STATE OF NEW YORK )
                                  )ss:
COUNTY OF ERIE )

       CATHERINE CREIGHTON, ESQ., being duly sworn, deposes and says:

       1.     I reside at 47 Windsor Avenue, Buffalo New York 14209 and maintain an office for the practice of law at 1103 Delaware Avenue, Buffalo New York 14209.

       2.     I am an attorney at law, admitted to practice in the State of New York, Second Judicial Department, I was admitted to practice in the United States District Court for the Western District of New York on the 14th Day of December, 1994.

       3.     I have known the petitioner since we began working on this case together in the summer of 2019 and under the following circumstances: Megan Wachspress and I represent the same clients for purposes of this litigation, and the circumstances under which I know her are professional and in the context of this case. We are also members of the same professional organization of union-side lawyers, the Lawyers Coordinating Committee of the AFL-CIO.

       4.     I know the following about the petitioner's moral character and fitness to be admitted to practice in the Court: Megan Wachspress is an associate at a highly-regarded firm, Altshuler Berzon LLP. As reflected in her application, she is a member in good standing of the

Bar of California and of the bars of several federal courts.  I have no hesitation at all in recommending her to be admitted to practice pro hac vice before this Court.

                                             /s/ Catherine Creighton
                                             Signature of Sponsoring Attorney

Sworn to before me this 4th  day of September, 2019

/s/ Lynn R. Chilelli
Lynn R. Chilelli
Notary Public
State of New York Qualified in Erie County
My Commission Expires 9/5/2021