**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK**

---

IN THE MATTER OF THE APPLILCATION OF

NICOLE BERNER

TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING
AFFIDAVIT

---

STATE OF NEW YORK      )
                       )ss:
COUNTY OF ERIE         )

CATHERINE CREIGHTON, ESQ., being duly sworn, deposes and says:

1. I reside at 47 Windsor Avenue, Buffalo New York 14209 and maintain an office for the practice of law at 1103 Delaware Avenue, Buffalo New York 14209.

2. I am an attorney at law, admitted to practice in the State of New York, Second Judicial Department, I was admitted to practice in the United States District Court for the Western District of New York on the 14th Day of December, 1994.

3. I have known the petitioner in a professional context for at least several years, and under the following circumstances: Nicole Berner is the General Counsel of the Service Employees International Union ("SEIU"), whom I also represent in this litigation as outside local counsel. I have known Nicole Berner in a professional context for at least several years, through my work representing unions including SEIU.

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in the Court: Nicole Berner is a very well-respected and highly-regarded union lawyer, and is the top lawyer for an international labor union representing approximately 2 million people. As reflected in her application, she is a member in good standing of the Bar of

the District of Columbia and of the bars of several federal courts.  I have no hesitation at all in

recommending her to be admitted to practice pro hac vice before this Court.

                                                           /s/ Catherine Creighton
                                                    Signature of Sponsoring Attorney

Sworn to before me this 4th  day of September, 2019


/s/ Lynn R. Chilelli
Lynn R. Chilelli
Notary Public
State of New York Qualified in Erie County
My Commission Expires 9/5/2021