# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE APPLILCATION OF<br><br>CLAIRE PRESTEL<br><br>TO BE ADMITTED TO PRACTICE AS AN ATTORNEY | SPONSORING<br>AFFIDAVIT |

STATE OF NEW YORK )
                              )ss:
COUNTY OF ERIE       )

      CATHERINE CREIGHTON, ESQ., being duly sworn, deposes and says:

      1.     I reside at 47 Windsor Avenue, Buffalo New York 14209 and maintain an office for the practice of law at 1103 Delaware Avenue, Buffalo New York 14209.

      2.     I am an attorney at law, admitted to practice in the State of New York, Second Judicial Department, I was admitted to practice in the United States District Court for the Western District of New York on the 14th Day of December, 1994.

      3.     I have known the petitioner in a professional context since we began working on this case together in the summer of 2019, and under the following circumstances: Claire Prestel is an Associate General Counsel of the Service Employees International Union ("SEIU"), whom I also represent in this litigation as outside local counsel. The circumstances under which I know her are professional and in the context of this case.

      4.     I know the following about the petitioner's moral character and fitness to be admitted to practice in the Court: Claire Prestel is a very well-respected and highly-regarded union lawyer, and is a managing attorney an international labor union representing approximately 2 million people. As reflected in her application, she is a member in good

-1-

standing of the Bars of The District of Columbia and the State of California and of the bars of several federal courts. I have no hesitation at all in recommending her to be admitted to practice pro hac vice before this Court.

                /s/ Catherine Creighton
                Signature of Sponsoring Attorney

Sworn to before me this 4th day of September, 2019

/s/ Lynn R. Chilelli
Lynn R. Chilelli
Notary Public
State of New York Qualified in Erie County
My Commission Expires 9/5/2021