**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

---

IN THE MATTER OF THE APPLILCATION OF

BARBARA J. CHISHOLM

TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING
AFFIDAVIT

---

STATE OF NEW YORK  )
                                  )ss:
COUNTY OF ERIE  )

CATHERINE CREIGHTON, ESQ., being duly sworn, deposes and says:

1. I reside at 47 Windsor Avenue, Buffalo New York 14209 and maintain an office for the practice of law at 1103 Delaware Avenue, Buffalo New York 14209.

2. I am an attorney at law, admitted to practice in the State of New York, Second Judicial Department, I was admitted to practice in the United States District Court for the Western District of New York on the 14th Day of December, 1994.

3. I have known the petitioner in a professional context since we began working on this case together in the summer of 2019, and under the following circumstances: Barbara Chisholm and I represent the same clients for purposes of this litigation, and the circumstances under which I know her are professionally and in the context of this case. We are also members of the same professional organization of union-side lawyers, the Lawyers Coordinating Committee of the AFL-CIO.

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in the Court: Barbara Chisholm is a partner and union-side litigator at highly-regarded firm, Altshuler Berzon LLP. As reflected in her application, she is a long-

standing member in good standing of the Bar of California and of the bars of many federal courts around the country. I have no hesitation at all in recommending her to be admitted to practice pro hac vice before this Court.

/s/ Catherine Creighton
Signature of Sponsoring Attorney

Sworn to before me this 4th day of September, 2019

/s/ Lynn R. Chilelli
Lynn R. Chilelli
Notary Public
State of New York Qualified in Erie County
My Commission Expires 9/5/2021