## UNITED STATES DISTRICT COURT
## Western District of New York

### ELECTRONIC CASE FILING SYSTEM REGISTRATION FORM

This form shall be used to register for an account on the Courts' Case Management/Electronic Files (CM/ECF) system. Registered attorneys will have privileges to electronically submit and to view the electronic docket sheets and documents. By registering, attorneys consent to receiving electronic notice of filings through the system. The following information is required for registration:

### PLEASE TYPE

First/Middle/Last Name: Barbara J. Chisholm

Firm Name: Altshuler Berzon LLP

Firm Address: 177 Post Street, Suite 300, San Francisco, CA 94108

Voice Phone Number: (415) 421-7151        FAX Number: (415) 362-8064

Internet E-Mail Address: bchisholm@altber.com

Additional E-Mail Address: smendez@altber.com

Does your E-Mail Software support HTML messages? Yes _x_   No ___

Attorneys seeking to file documents electronically must be admitted to practice in the
United States District Court for the Western District of New York

Date admitted to practice in this Court:_____

If admitted pro hac vice:

   Date motion for pro hac vice granted:_____ in case number:_____

By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system. The undersigned also consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) and 77(d) via the Court's electronic filing system. The combination of user id and password will serve as the signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised.

_____          8-27-19
Signature of Registrant              Date

Submit completed Registration Form to:

>Mary C. Loewenguth
>United States District Court
>Attn:  CM/ECF Registration
>2 Niagara Square
>Buffalo, New York 14202

Your login and password will be sent to you by the Office of the Clerk via the e-mail address you provided on your registration form. If you prefer to have your login and password sent by U.S. Mail, please write the address below and mark your initials as approval for an alternate delivery method:

**Firm Address:** Altshuler Berzon LLP

177 Post Street, Suite 300
San Francisco, CA 94108

**Attorney Initials:** *BJC*