Print Form

## ATTORNEY DATABASE INFORMATION
### For Newly-Admitted Attorneys

The Clerk's Office maintains a computerized database of attorneys admitted in the District. To ensure the data we enter for you is correct, please fill out the form below and submit it with your other papers when you are admitted. Our local rules require you to report name, firm affiliation, office address or phone number changes within 30 days.

---

**Attorney Database Input Sheet**

Please print. If you use two surnames or have a hyphenated surname, please indicate how you would like the name entered into our records, i.e., first surname as middle name, both surnames in last name field, etc.

First Name: Barbara

Middle Name or Initial: J.

Last Name: Chisholm

Firm: Altshuler Berzon LLP

Address: 177 Post Street

Suite: Suite 300

City: San Francisco    State: CA    Zip: 94108 -

Phone: 415-421-7151    FAX: 415-362-8064

Bar ID Number: CA: 224656    **Required

Date Applied: ___/___/___    Date Admitted: ___/___/___

Method of Admission: pro hac vice _____ (petition, certificate of good standing, pro hac vice)