

**U.S. Department of Justice**
Civil Division, Federal Programs Branch

---

Kuntal Cholera                                                                                    Tel.:  (202) 305-8645
Trial Attorney                                                                                    E-mail:  kuntal.cholera@usdoj.gov

October 17, 2019

Hon. Elizabeth Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

      Re:    **Preliminary Injunction Motion Oral Argument Scheduling.**

Dear Judge Wolford,

      Defendants are available for oral argument over SEIU's preliminary injunction motion on either the afternoon of November 7, 2019, or the afternoon of November 8, 2019.

                                    Respectfully submitted,

                                    /s/ <u>Kuntal Cholera</u>
                                    Kuntal V. Cholera

CC: All Counsel of record via ECF.