

**U.S. Department of Justice**
Civil Division, Federal Programs Branch

---

Kuntal Cholera
Trial Attorney

Tel.: (202) 305-8645
E-mail: kuntal.cholera@usdoj.gov

November 7, 2019

Hon. Elizabeth Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

**Re:   November 8, 2019 Hearing.**

Dear Judge Wolford,

   I, Kuntal Cholera, will be attending the November 8, 2019 hearing in person, and will handle the argument for Defendants. Defendants request that the Court permit the use of a dial-in so that my colleague, Christopher Hall, may listen to the November 8, 2019 hearing telephonically. Defendants conferred with SEIU, which has no objection to this request.

                    Respectfully submitted,

                    /s/ Kuntal Cholera
                    Kuntal V. Cholera

CC: All Counsel of record via ECF.



SO ORDERED

ELIZABETH A. WOLFORD
United States District Judge
DATED: 11/07/2019