# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 200UNITED, and SERVICE EMPLOYEES INTERNATIONAL UNION,<br><br>  Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States of America; DALE CABANISS, Director of the Office of Personnel Management; and UNITED STATES OFFICE OF PERSONNEL MANAGEMENT,<br><br>  Defendants. | Case No. 19-CV-01073-EAW<br><br>Hon. Judge Elizabeth A. Wolford (USDJ) |

## NOTICE OF APPEAL

Notice is hereby given that, pursuant to 28 U.S.C. §1292(a), Plaintiffs Service Employees International Union Local 200United and Service Employees International Union in the above-captioned matter appeal to the United States Court of Appeals for the Second Circuit from the Court's December 10, 2019 Order Denying Plaintiffs' Motion for a Preliminary Injunction (Dkt. 56).

Dated: December 12, 2019          /s/ *Danielle Leonard*

　　　　　　　　　　　　　　　　DANIELLE LEONARD (*pro hac vice*)
　　　　　　　　　　　　　　　　BARBARA J. CHISHOLM (*pro hac vice*)
　　　　　　　　　　　　　　　　ALTSHULER BERZON LLP
　　　　　　　　　　　　　　　　177 Post Street, Suite 300
　　　　　　　　　　　　　　　　San Francisco, CA 94108
　　　　　　　　　　　　　　　　Tel: (415)421-7151 (office)
　　　　　　　　　　　　　　　　dleonard@altber.com
　　　　　　　　　　　　　　　　bchisholm@altber.com

NICOLE G. BERNER, General Counsel
(*pro hac vice*)
CLAIRE PRESTEL, Associate General Counsel
(*pro hac vice*)
Service Employees International Union
1800 Massachusetts Avenue, NW
Washington, DC 20036
Tel: (202) 730-7468
nicole.berner@seiu.org
claire.prestel@seiu.org

CATHERINE CREIGHTON
CREIGHTON, JOHNSEN & GIROUX
1103 Delaware Avenue
Buffalo, NY 14209
Tel:  716-854-0007
ccreighton@cpjglaborlaw.com

MAIREAD E. CONNOR
LAW OFFICES OF MAIREAD E. CONNOR, PLLC
White Memorial Building, Suite 204
100 E. Washington St.
Syracuse, New York 13202
Tel: (315) 422-6225
mec@connorlaborlaw.com

*Attorneys for Plaintiffs SEIU LOCAL 200U and SEIU*