UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 200UNITED, and SERVICE EMPLOYEES INTERNATIONAL UNION,<br><br>   Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States of America; DALE CABANISS, Director of the Office of Personnel Management; and UNITED STATES OFFICE OF PERSONNEL MANAGEMENT,<br><br>   Defendants. | Case No. 19-CV-01073-EAW<br><br>Hon. Judge Elizabeth A. Wolford (USDJ) |

## DESIGNATION OF RECORD ON APPEAL

  Notice is hereby given pursuant to Second Circuit Rule 11.1(a) that Plaintiffs Service Employees International Union Local 200United and Service Employees International Union in the above-captioned matter file the attached Index to the Record on Appeal to the United States Court of Appeals for the Second Circuit, in their appeal from the Court's December 10, 2019 Order Denying Plaintiffs' Motion for a Preliminary Injunction (Dkt. 56).  The Index contains the entire docket sheet in this action.

Dated: January 7, 2020       /s/ *Danielle Leonard*

                DANIELLE LEONARD (*pro hac vice*)
                BARBARA J. CHISHOLM (*pro hac vice*)
                ALTSHULER BERZON LLP
                177 Post Street, Suite 300
                San Francisco, CA 94108
                Tel: (415)421-7151 (office)
                dleonard@altber.com

bchisholm@altber.com

NICOLE G. BERNER, General Counsel
(*pro hac vice*)
CLAIRE PRESTEL, Associate General Counsel
(*pro hac vice*)
Service Employees International Union
1800 Massachusetts Avenue, NW
Washington, DC 20036
Tel: (202) 730-7468
nicole.berner@seiu.org
claire.prestel@seiu.org

CATHERINE CREIGHTON
CREIGHTON, JOHNSEN & GIROUX
1103 Delaware Avenue
Buffalo, NY 14209
Tel:  716-854-0007
ccreighton@cpjglaborlaw.com

MAIREAD E. CONNOR
LAW OFFICES OF MAIREAD E. CONNOR, PLLC
White Memorial Building, Suite 204
100 E. Washington St.
Syracuse, New York 13202
Tel: (315) 422-6225
mec@connorlaborlaw.com

*Attorneys for Plaintiffs SEIU LOCAL 200U and SEIU*