UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SERVICE EMPLOYEES INTERNATIONAL
UNION LOCAL 200UNITED, ET AL
         Plaintiffs,

                                                                19-CV-1073
                                                                USCA: Enter USCA #

      -v-
                                                                 **CLERK'S CERTIFICATE /
                                                                   INDEX**

DONALD J. TRUMP, ET AL
                Defendants.
_____

       I, MARY C. LOEWENGUTH, Clerk of the U.S. District Court for the Western District of New York, DO HEREBY CERTIFY that the foregoing docket entries, with the exception of any documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the above entitled action.

**The following documents are not available electronically and are maintained in the Western District of New York:**

    Docket No. **All documents electronically filed.**

Upon your request, we will make the above documents available to you.


                                                     MARY C. LOEWENGUTH
                                                     Clerk of Court
                                                     United States District Court


                                                   By: s/ Suzanne Grunzweig
                                                   _____
                                                   Deputy Clerk


DATED:       January 8, 2020
                  Buffalo, NY